IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER PASTRANA, | 1:08-cv-01820 WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| KEN CLARK, et al., | (DOCUMENT #11) |
| Respondent. | DEADLINE: JUNE 15, 2009 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 3, 2009, Respondent Ken Clark filed an Answer to the Petition for Writ of Habeas Corpus. On April 17, 2009, Petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty (30) days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   April 22, 2009**          **/s/ William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE